UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR JEROME BELL,

     Petitioner,

v.                                    Case No.  3:19cv1794-LC/MJF

DEPARTMENT OF CORRECTIONS,

     Respondent.

_____/

<u>ORDER</u>

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 26, 2019.  (Doc. 2). Petitioner was provided a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation (doc. 2) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for lack of jurisdiction.

3. The clerk of court is directed to close this case file and to send petitioner the form petition for use in § 2254 cases.

**ORDERED** on this 30th day of July, 2019.

s/L.A. Collier

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**